Slip Op. 05 - 69

J U D G M E N T

UNITED STATES COURT OF INTERNATIONAL TRADE

Thomas J. Aquilino, Jr., Senior Judge

- - - - - - - - - - - - - - - - - - - -x
ALLOY PIPING PRODUCTS, INC., FLOWLINE
DIVISION, MARKOVITZ ENTERPRISES, INC., :
GERLIN, INC., and TAYLOR FORGE STAIN-
LESS, INC.,                             :

                    Plaintiffs,  :
                                           Consolidated
              v.                 : Court No. 02-00124

UNITED STATES OF AMERICA and THE UNITED:
STATES DEPARTMENT OF COMMERCE,
                                 :
                    Defendants.
- - - - - - - - - - - - - - - - - - - -x


The plaintiffs having interposed a motion pursuant to CIT Rule 56.2 for judgment upon the record compiled by the International Trade Administration, U.S. Department of Commerce ("ITA") sub nom. Certain Stainless Steel Butt-Weld Pipe Fittings From Taiwan: Final Results of Antidumping Duty Administrative Review, 66 Fed.Reg. 65,899 (Dec. 21, 2001); and the court in slip op. 04-134, 28 CIT ____ (Oct. 28, 2004), having granted that motion to the extent of remand to the ITA to reopen the record, seek additional relevant information regarding employee bonuses, and recalculate the general and administrative expenses of Ta Chen Stainless Steel Pipe, Ltd. and also to reconsider its U.S. indirect selling

expenses; and the agency having reopened proceedings and considered input from the other parties in furtherance thereof; and the defendants having filed herein the ITA's <u>Final Results of Determination Pursuant to Court Remand</u> (Feb. 14, 2005); and the court having now reviewed those results; and none of those other parties having expressed any opposition thereto;  Now therefore, after due deliberation, it is

ORDERED, ADJUDGED and DECREED that the ITA's <u>Final Results of Determination Pursuant to Court Remand</u> (Feb. 14, 2005) be, and they hereby are, affirmed.

Dated:  New York, New York
        June 14, 2005

                                        Thomas J. Aquilino, Jr.
                                             Senior Judge